UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1710(DSD/JMM)

Susan R. Newstrand,

Plaintiff,

v.

AT&T Broadband,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Individual Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: October 4, 2001

David S. Doty, Judge
U.S. District Court

FILED ... 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Newstrand

vs. 01-1710DWF/AJB

AT&T Broadband

The above case has been re-assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan pursuant to an Order of Disqualification by Judge Doty. Please note the change in the judges' initials above and refer to them when submitting documents to the court. Please also note the file number remains the same.