12-11 89

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

PETITION FOR ADMISSION PRO HAC VICE

**Case Number**: 01-1710 DWF/AJB

**Case Title**: Susan R. Newstrand v. MediaOne of St. Paul, Inc., d/b/a AT&T Broadband

**Affidavit of Movant**

I, **Joseph G. Schmitt**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit *pro hac vice* Brian W. Barrett, an attorney admitted to practice before the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the defendant **MediaOne of St. Paul, Inc., d/b/a AT&T Broadband** in the case listed above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| Joseph G. Schmitt | 231447<br>Minnesota Attorney License # | November 27, 2001<br>Date |

**Affidavit of Proposed Admittee**

I, Brian W. Barrett, am currently a member in good standing of the practice before the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Nov. 27, 2001
(Date)

Brian W. Barrett
Attorney License Number: 06269370
Law Firm: & Address:
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603
Telephone: (312) 346-8000

Motion Granted: Richard D. Sletten
For the Court Richard D. Sletten, Clerk

NOV 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 133475