**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

SUSAN R. NEWSTRAND,

Plaintiff,

v.

MEDIAONE OF ST. PAUL, INC.,

Defendant.

Civil No. 01-1710 DWF/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 10, 2003.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before July 10, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before September 1, 2002.

   b. By Defendant(s) on or before October 15, 2002.

   c. Rebuttal reports shall be due on or before November 1, 2002.

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by either side.

FILED JUL 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by either side. Each side shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by August 15, 2002. Any motions to amend to allege punitive damages must be served by the discovery deadline date.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 1, 2003 .

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by April 1, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on August 1, 2003, or upon resolution of any pending dispositive motions. Each side may call no more than 2 expert witnesses. Anticipated length of trial is 3-4 days.

Dated: 7/8/02

Arthur J. Boylan
United States Magistrate Judge