**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SUSAN R. NEWSTRAND,

Plaintiff,

v.

MEDIAONE OF ST. PAUL, INC., dba
AT&T Broadband,

Defendant,

Civil No. 01-1710 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Richard Williams, Jr., Esq., Wiliams & Iversen, 1611 West County Road B, Suite 208, Roseville, MN 55113, counsel for Plaintiff.

Allegra Rich, Esq., and Brian Barrett, Esq., Seyfarth Shaw Fairweather & Geraldson, 55 East Monroe Street, Suite 4200, Chicago, IL 60603 and Joseph Schmitt, Esq, Halleland Lewis Nilan Sipkins & Johnson, 220 6th Street South, Suite 600, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled or decided by judgment on motions,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 23, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 23 2002
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________